**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding       12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**  Li-Cycle Holdings Corp.

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☑ Other 78101 8460. Describe identifier Business Number.

   **For individual debtors:**
   ☐ Social Security number: xxx – xx– ___ ___ ___ ___
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  William E. Aziz

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PROPOSED PLAN OF COMPROMISE OR ARRANGEMENT WITH RESPECT TO LI-CYCLE HOLDINGS CORP., LI-CYCLE CORP., LI-CYCLE AMERICAS CORP., LI-CYCLE U.S. INC., LI-CYCLE INC., LI-CYCLE NORTH AMERICA HUB, INC.

5. **Nature of the foreign proceeding**
   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

| Debtor | Li-Cycle Holdings Corp. | Case number (*if known*) |
|---|---|---|
| | Name | |

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

66 Wellington Street West, Suite 5300
Number    Street

_____
P.O. Box

Toronto    Ontario    M5K 1E6
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

32 Shorewood Place
Number    Street

_____
P.O. Box

Oakville    Ontario    L6K 3Y4
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)

https://li-cycle.com/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

Debtor  Li-Cycle Holdings Corp.
          Name                                                Case number (if known) _____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ William Aziz                         William E. Aziz
Signature of foreign representative         Printed name

Executed on  05/14/2025
              MM / DD / YYYY

✗ _____         _____
Signature of foreign representative         Printed name

Executed on  _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Madlyn Gleich Primoff                Date  05/14/2025
Signature of Attorney for foreign representative   MM / DD / YYYY

Madlyn Gleich Primoff
Printed name
Freshfields US LLP
Firm name
175 Greenwich Street, 51st Floor
Number   Street
New York                                    NY        10007
City                                        State     ZIP Code

(212) 277-4000                              madlyn.primoff@freshfields.com
Contact phone                               Email address

2173870                                     NY
Bar number                                  State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3