## Exhibit 1

**Form 401 - Response to Question 8**

## Form 401 - Question 8 - Attachment

### (i) all persons or bodies authorized to administer foreing proceedings of the debtor

| Name | Address |
|---|---|
| William E. Aziz | 32 Shorewood Place, Oakville, ON L6K 3Y4 |

### (ii) all parties to litigation pending in the United States in which Debtor is a party at the time of filing of this petition

| Name | Address |
|---|---|
| Alabama Department of Environmental Management | Richard Hamner Hydrogeology Section, Groundwater Branch, Land Division<br>1400 Coliseum Blvd. 36110-2400<br>Post Office Box 301463<br>Montgomery, Alabama 36130-1463 |
| Hanna Steel | 4527 Southlake Parkway<br>Hoover, AL 35244 |
| BPG Boone, LLC | Stephen Beeker<br>BPG Boone, LLC<br>1647 McFarland Blvd. N., Suite A-1 Tuscaloosa, AL 35406 |
| MasTec Industrial Corp. | MasTec Industrial Corp.<br>800 South Douglas Road, Suite 1200<br>Coral Gables, FL 33134 |
| MasTec North America, Inc. | MasTec North America, Inc.<br>800 South Douglas Road, Suite 1200<br>Coral Gables, FL 33134 |
| Ridgeway Properties I, LLC | Ridgeway Properties I, LLC<br>1010 Lee Road<br>Rochester, NY 14606 |
| Fabricated Steel Products, Inc. | 2847 North Flannery Road<br>Baton Rouge, LA 70814 |
| Frank Lill & Son, Inc. | 785 Old Dutch Road<br>Victor, NY 14564 |
| Postler & Jaeckle Corp. | 615 South Avenue<br>Rochester, NY 14620 |
| Pike Conductor JV 1 LLC | 1010 Lee Road<br>Rochester, NY 14606 |
| Pike Conductor DEV 1 LLC | 1010 Lee Road<br>Rochester, NY 14606 |
| Pike Construction Services Inc. | 1 Circle Street<br>Rochester, NY 14607 |
| Qualico Steel Company, Inc. | 7797 State Highway 52 East<br>Webb, AL 36376 |
| Advance Tank & Construction LLC | 3700 County Road 64 East<br>Wellington, CO 80549 |
| Hatch Associates Consultants, Inc. | 1600 West Carson Street<br>Pittsburgh, PA 15219 |
| Connors Haas, Inc. | 6337 Dean Parkway<br>Ontario, NY 14519 |
| Terry Tree Service LLC | 270 Middle Road<br>Henrietta, NY 14667 |
| Tartaglia Railroad Services, Inc. | 5867 East Mallory Road<br>Syracuse, NY 13211 |
| Crosby-Brownlie, Inc. | 100 Nassau Street<br>Rochester, NY 14605 |
| Ferguson Enterprises, LLC | 3025 Winton Road South<br>Rochester, NY 14623 |
| Bristol Steel, Inc. | 7819 State Route 5 & 20<br>Bloomfield, NY 14669 |
| Hamburg Overhead Door, Inc. | 5659 Herman Hill Road<br>Hamburg, NY 14607 |
| LeChase Construction Services, LLC | 205 Indigo Creek Drive<br>Rochester, NY 14626 |
| TEC Protective Coatings, Inc. | 25 Brookwood Road<br>Waterford, NY 12188 |
| GCP Applied Technologies, Inc. | 20 Moores Road<br>Malvern, PA 19355 |

| | |
|---|---|
| Rilco Manufacturing Co., Inc. | 12700 Tanner Road<br>Houston, TX 77041 |
| Andronaco Industries, LLC | 4855 Broadmoor Avenue SE<br>Kentwood, MI 49512 |
| Nucor Rebar Fabrication Northeast, LLC | 1915 Rexford Road<br>Charlotte, NC 28211 |
| CECO Industrial Solutions, Inc. | 14651 North Dallas Parkway, Suite 500<br>Dallas, TX 75254 |
| MasTec Industrial Corp. | Jimmie Caldrer<br>Jimmie.caldrer@mastec.com<br>MasTec Industrial Corp.<br>6446 S. Kenton Street, Suite 100<br>Centennial, CO 80111<br>With copy to: legal@wanzek.com |
| Virgina Transformer Corporation | Virgina Transformer Corporation<br>220 Glade View Drive NE<br>Roanoke VA 24012<br>United States<br>vikash_gupta@vatransformer.com |
| UDN Inc. | Nick Charvella<br>UDN Inc.<br>252 Alexander St<br>Rochester, New York 14607<br>Attn: Nick Charvella<br>ncharvella@udninc.com<br>585-353-2256 |
| Rachel Davis | Glancy Prongay & Murray LLP<br>230 Park Avenue<br>Suite 358<br>New York,NY 10169<br>(212) 682-5340<br>glinkh@glancylaw.com |
| Thomas Hubiack | Diego Martinez-Krippner<br>Pomerantz LLP<br>10 South LaSalle Street<br>Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181<br>dmartinezk@pomlaw.com |
| | Omar Jafri<br>Pomerantz LLP<br>10 South LaSalle Street<br>Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181<br>ojafri@pomlaw.com |
| Hang Chen | Adam M. Apton<br>Levi & Korsinsky, LLP<br>33 Whitehall Street, 17th Floor<br>New York,NY 10004<br>(212) 363-7500<br>aapton@zlk.com |
| David Palermo | Glancy Prongay & Murray LLP<br>230 Park Avenue<br>Suite 358<br>New York,NY 10169<br>(212) 682-5340<br>glinkh@glancylaw.com |

| Name | Address |
|---|---|
| Scott Russell | Nathaniel A. Tarnor<br>Hagens Berman Sobol Shapiro LLP<br>68 3rd Street<br>Suite 249<br>Brooklyn,NY 11231<br>(646) 543-4992<br>Fax: (917) 210-3980<br>NathanT@hbsslaw.com<br>Lawrence P. Eagel<br>Bragar Eagel & Squire, P.C.<br>810 Seventh Avenue<br>Ste 620<br>New York,NY 10019<br>(212) 308-5858<br>Fax: (212) 486-0462<br>eagel@bespc.com |
| Wu Haibo | Marion Passmore<br>Bragar Eagel & Squire, P.C.<br>810 Seventh Avenue<br>Ste 620<br>New York,NY 10019<br>(212) 308-5858<br>Fax: (212) 486-0462<br>passmore@bespc.com |
| Thomas Hubiack | 1. Jeremy Alan Lieberman (jalieberman@pomlaw.com)<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>2. Joseph Alexander Hood , II (ahood@pomlaw.com)<br>Pomerantz LLP<br>600 Third Avenue<br>New York,NY 10016<br>(212) 661-1100<br>3. Joshua B. Silverman (jbsilverman@pomlaw.com)<br>Pomerantz Grossman Hufford Dahlstrom & Gross<br>10 South Lasalle Street, Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181<br>4. Lesley Frank Portnoy (lesley@portnoylaw.com)<br>Portnoy Law Firm<br>1800 Century Park East, Suite 600<br>Los Angeles,CA 90067<br>(310) 692-8883<br>5. Omar Jafri (ojafri@pomlaw.com)<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181 |
| Carlos Nieves | Gregory M. Egleston<br>Thomas J. McKenna<br>Christopher M. Brain<br>501 Fifth Avenue, 19th Fl.<br>New York, NY 10017<br>Telephone: (212) 983-1300<br>Facsimile: (212) 983-0383<br>Email: gegleston@gme-law.com<br>Email: tjmckenna@gme-law.com<br>Email: cbrain@gme-law.com |
| McKinsey & Company Canada | 110 Charles St W, Toronto, ON M5S 0E2, Canada |

(iii) all entities against whom provisional relief is being sought under Section 1519 of the Bankruptcy Code

| Name | Address |
|---|---|

| | |
|---|---|
| Alabama Department of Environmental Management | Richard Hamner Hydrogeology Section, Groundwater Branch, Land Division<br>1400 Coliseum Blvd. 36110-2400<br>Post Office Box 301463<br>Montgomery, Alabama 36130-1463 |
| Hanna Steel | 4527 Southlake Parkway<br>Hoover, AL 35244 |
| BPG Boone, LLC | Stephen Beeker<br>BPG Boone, LLC<br>1647 McFarland Blvd. N., Suite A-1 Tuscaloosa, AL 35406 |
| MasTec Industrial Corp. | MasTec Industrial Corp.<br>800 South Douglas Road, Suite 1200<br>Coral Gables, FL 33134 |
| MasTec North America, Inc. | MasTec North America, Inc.<br>800 South Douglas Road, Suite 1200<br>Coral Gables, FL 33134 |
| Ridgeway Properties I, LLC | Ridgeway Properties I, LLC<br>1010 Lee Road<br>Rochester, NY 14606 |
| Fabricated Steel Products, Inc. | 2847 North Flannery Road<br>Baton Rouge, LA 70814 |
| Frank Lill & Son, Inc. | 785 Old Dutch Road<br>Victor, NY 14564 |
| Postler & Jaeckle Corp. | 615 South Avenue<br>Rochester, NY 14620 |
| Pike Conductor JV 1 LLC | 1010 Lee Road<br>Rochester, NY 14606 |
| Pike Conductor DEV 1 LLC | 1010 Lee Road<br>Rochester, NY 14606 |
| Pike Construction Services Inc. | 1 Circle Street<br>Rochester, NY 14607 |
| Qualico Steel Company, Inc. | 7797 State Highway 52 East<br>Webb, AL 36376 |
| Advance Tank & Construction LLC | 3700 County Road 64 East<br>Wellington, CO 80549 |
| Hatch Associates Consultants, Inc. | 1600 West Carson Street<br>Pittsburgh, PA 15219 |
| Connors Haas, Inc. | 6337 Dean Parkway<br>Ontario, NY 14519 |
| Terry Tree Service LLC | 270 Middle Road<br>Henrietta, NY 14667 |
| Tartaglia Railroad Services, Inc. | 5867 East Mallory Road<br>Syracuse, NY 13211 |
| Crosby-Brownlie, Inc. | 100 Nassau Street<br>Rochester, NY 14605 |
| Ferguson Enterprises, LLC | 3025 Winton Road South<br>Rochester, NY 14623 |
| Bristol Steel, Inc. | 7819 State Route 5 & 20<br>Bloomfield, NY 14669 |
| Hamburg Overhead Door, Inc. | 5659 Herman Hill Road<br>Hamburg, NY 14607 |
| LeChase Construction Services, LLC | 205 Indigo Creek Drive<br>Rochester, NY 14626 |
| TEC Protective Coatings, Inc. | 25 Brookwood Road<br>Waterford, NY 12188 |
| GCP Applied Technologies, Inc. | 20 Moores Road<br>Malvern, PA 19355 |
| Rilco Manufacturing Co., Inc. | 12700 Tanner Road<br>Houston, TX 77041 |
| Andronaco Industries, LLC | 4855 Broadmoor Avenue SE<br>Kentwood, MI 49512 |
| Nucor Rebar Fabrication Northeast, LLC | 1915 Rexford Road<br>Charlotte, NC 28211 |
| CECO Industrial Solutions, Inc. | 14651 North Dallas Parkway, Suite 500<br>Dallas, TX 75254 |

| | |
|---|---|
| MasTec Industrial Corp. | Jimmie Caldrer<br>Jimmie.caldrer@mastec.com<br>MasTec Industrial Corp.<br>6446 S. Kenton Street, Suite 100<br>Centennial, CO 80111<br>With copy to: legal@wanzek.com |
| Virgina Transformer Corporation | Virgina Transformer Corporation<br>220 Glade View Drive NE<br>Roanoke VA 24012<br>United States<br>vikash_gupta@vatransformer.com |
| UDN Inc. | Nick Charvella<br>UDN Inc.<br>252 Alexander St<br>Rochester, New York 14607<br>Attn: Nick Charvella<br>ncharvella@udninc.com<br>585-353-2256 |
| Rachel Davis | Glancy Prongay & Murray LLP<br>230 Park Avenue<br>Suite 358<br>New York,NY 10169<br>(212) 682-5340<br>glinkh@glancylaw.com |
| Thomas Hubiack | Diego Martinez-Krippner<br>Pomerantz LLP<br>10 South LaSalle Street<br>Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181<br>dmartinezk@pomlaw.com |
| Hang Chen | Omar Jafri<br>Pomerantz LLP<br>10 South LaSalle Street<br>Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181<br>ojafri@pomlaw.com |
| David Palermo | Adam M. Apton<br>Levi & Korsinsky, LLP<br>33 Whitehall Street, 17th Floor<br>New York,NY 10004<br>(212) 363-7500<br>aapton@zlk.com |
| Scott Russell | Glancy Prongay & Murray LLP<br>230 Park Avenue<br>Suite 358<br>New York,NY 10169<br>(212) 682-5340<br>glinkh@glancylaw.com |
| | Nathaniel A. Tarnor<br>Hagens Berman Sobol Shapiro LLP<br>68 3rd Street<br>Suite 249<br>Brooklyn,NY 11231<br>(646) 543-4992<br>Fax: (917) 210-3980<br>NathanT@hbsslaw.com |

| | |
|---|---|
| Wu Haibo | Lawrence P. Eagel<br>Bragar Eagel & Squire, P.C.<br>810 Seventh Avenue<br>Ste 620<br>New York,NY 10019<br>(212) 308-5858<br>Fax: (212) 486-0462<br>eagel@bespc.com<br><br>Marion Passmore<br>Bragar Eagel & Squire, P.C.<br>810 Seventh Avenue<br>Ste 620<br>New York,NY 10019<br>(212) 308-5858<br>Fax: (212) 486-0462<br>passmore@bespc.com |
| Thomas Hubiack | 1. Jeremy Alan Lieberman (jalieberman@pomlaw.com)<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>2. Joseph Alexander Hood , II (ahood@pomlaw.com)<br>Pomerantz LLP<br>600 Third Avenue<br>New York,NY 10016<br>(212) 661-1100<br>3. Joshua B. Silverman (jbsilverman@pomlaw.com)<br>Pomerantz Grossman Hufford Dahlstrom & Gross<br>10 South Lasalle Street, Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181<br>4. Lesley Frank Portnoy (lesley@portnoylaw.com)<br>Portnoy Law Firm<br>1800 Century Park East, Suite 600<br>Los Angeles,CA 90067<br>(310) 692-8883<br>5. Omar Jafri (ojafri@pomlaw.com)<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago,IL 60603<br>(312) 377-1181 |
| Ridgeway Properties I, LLC | Ed Brilliante<br>Ridgeway Properties I, LLC, or its designee<br>c/o Conductor Property Management<br>1010 Lee Road<br>Rochester, New York 14606 United States |
| Pike Conductor Dev 1, LLC | Ed Brilliante<br>Pike Conductor Dev I, LLC, or its designee<br>c/o Conductor Property Management<br>1010 Lee Road Rochester, New York 14606 United States |
| Eastman Kodak Company | Eastman Kodak Company<br>1669 Lake Avenue<br>Rochester, New York 14652-4770<br>Attention: Lease Management<br><br>With a copy to: Eastman Kodak Company<br>343 State Street<br>Rochester, New York 14650-0224<br>Attention: General Counsel |

| | |
|---|---|
| Eastman Kodak Company | Eastman Kodak Company<br>1669 Lake Avenue<br>Rochester, New York 14652-4770<br>Attention: Lease Management<br><br>With a copy to: Eastman Kodak Company<br>343 State Street<br>Rochester, New York 14650-0224<br>Attention: General Counsel |
| TC/P Gilbert Gateway, LLC | TC/P Gilbert Gateway, LLC<br>c/o Trammell Crow Company<br>2575 E. Camelback Road, Suite 400<br>Phoenix, AZ 85016<br>Attn: Ryan Norris<br><br>With a copy to:<br>Marcel Krzystek, Esq.<br>Jester Gibson & Moore, LLP<br>1999 Broadway, Suite 3225<br>Denver, CO 80202 |
| Power Industrial Owner, LLC | Power Industrial Owner, LLC<br>c/o Principal Real Estate Advisors<br>711 High Street<br>Des Moines, IA 50392-1370<br>Email:Anderegg.kevin@principal.com<br>with a copy to:<br>c/o Power Industrial Partners, LLC<br>an Arizona limited liability company, Managing Member<br>16220 N. Scottsdale Rd, Suite 360<br>Scottsdale, AZ 85254<br>c/o Brett Shave<br>Email: brett@newportcomm.com<br>with a copy to:<br>Manncor Realty Advisors LLC<br>16220 N. Scottsdale Road, Suite 360<br>Scottsdale AZ 85254<br>Attn:  Armin Martens - CEO<br>Email:  amartens@manncor.com<br>with a copy to:<br>CBRE<br>Attn: Jane Simpson<br>2575 E. Camelback Rd, 5th Floor<br>Phoenix, AZ 85016<br>Email: jane.simpson@cbre.com |
| BPG Boone, LLC | Stephen Inge Beeker<br>BPG Boone, LLC<br>2818 Lurleen B. Wallace Blvd.<br>Northport, Alabama 35476<br><br>With copy to:<br>Burr & Forman LLP<br>Suite 3400<br>420 North 20th Street<br>Birmingham, AL 35203<br>Attention: Norman M. Orr |

| | |
|---|---|
| Automotive Corridor, LLC | Automotive Corridor, LLC<br>c/o John Plott<br>John Plott Company<br>2804 Rice Mine Road<br>Tuscaloosa AL 35406<br><br>With a copy, which shall not constitute notice, to:<br>Rober S. Plott<br>Rober S. Plott, LLC<br>1409 Northbank Parkway, Suite 140<br>Tuscaloosa, AL 35406 |
| PZ UC Building Owner LLC | PZ UC Building Owner LLC<br>Attention: Property Manager<br>1000 Urban Center Drive, Suite 130<br>Vestavia Hills, Alabama 35242<br><br>With a copy to:<br>PZ UC Building Owner LLC<br>VIA OVERNIGHT MAIL:<br>3 Sagaponack Ct.<br>Sagaponack, NY  11962<br>VIA REGULAR MAIL:<br>P.O. Box 1301<br>Sagaponack, NY  11962 |
| C1418 Landing 202 LLC and Sherman Street Landing 202 LLC | 7958 E. Ray Road, Suite 125<br>Mesa, Arizona 85212 |
| Pike Conductor JV 1 LLC | 1010 Lee Road<br>Rochester, NY 14606 |
| Pike Conductor Dev 1, LLC | 1010 Lee Road<br>Rochester, NY 14606 |
| Pike Construction Services, Inc. | 1 Circle Street<br>Rochester, NY 14607 |
| EWT Holdings III Corp. (dba Evoqua Water Technologies) | C/O AEA Investors LP<br>36th Floor<br>666 5th Avenue<br>New York, New York (US-NY), 10103<br>UNITED STATES |
| GP Land and Carpet Corporation (dba GP Flooring Solutions) | 5905 Lake Rd S<br>Brockport, NY 14420-9791 |
| Ceco Industrial Solutions Inc. | 14651 North Dallas Parkway, Suite 500<br>Dallas, TX 75254 |
| MasTec Industrial Corp. | 800 South Douglas Road, Suite 1200<br>Coral Gables, FL 33134 |
| LeChase Construction Services | 205 Indigo Creek Drive<br>Rochester, NY 14626 |
| Fabricated Steel Products Inc | 2847 North Flannery Road<br>Baton Rouge, LA 70814 |
| Fabricated Steel Products Inc | 2847 North Flannery Road<br>Baton Rouge, LA 70814 |
| Frank Lill & Son, Inc. | 785 Old Dutch Road<br>Victor, NY 14564 |
| Frank Lill & Son, Inc. | 785 Old Dutch Road<br>Victor, NY 14564 |
| Advance Tank & Construction LLC | 3700 County Road 64 East<br>Wellington, CO 80549 |
| Qualico Steel Company | 7797 State Highway 52 East<br>Webb, AL 36376 |
| Qualico Steel Company | 7797 State Highway 52 East<br>Webb, AL 36376 |
| Ferguson Enterprises LLC | 3025 Winton Road South<br>Rochester, NY 14623 |
| Hamburg Overhead Door Inc. | 5659 Herman Hill Road<br>Hamburg, NY 14607 |
| Hatch Associates Consultants, Inc. | 1600 West Carson Street<br>Pittsburgh, PA 15219 |

| | |
|---|---|
| Connors Haas Inc. | 6337 Dean Parkway<br>Ontario, NY 14519 |
| Crosby Brownlie Inc | 100 Nassau Street<br>Rochester, NY 14605 |
| Crosby Brownlie Inc | 100 Nassau Street<br>Rochester, NY 14605 |
| Tec Protective Coatings Inc. | 25 Brookwood Road<br>Waterford, NY 12188 |
| Tec Protective Coatings Inc. | 25 Brookwood Road<br>Waterford, NY 12188 |
| Tartaglia Railroad Services Inc | Tartaglia Railroad Services, Inc.<br>5867 East Mallory Road<br>Syracuse, NY 13211 |
| GCP Applied Technologies Inc. | 20 Moores Road<br>Malvern, PA 19355 |
| GCP Applied Technologies Inc. | 20 Moores Road<br>Malvern, PA 19355 |
| JF Ahern Co. | 855 Morris Street, Fond du Lac, WI 54936 |
| Rilco Manufacturing Co. Inc. | 12700 Tanner Road<br>Houston, TX 77041 |
| Andronaco Industries, LLC | 4855 Broadmoor Avenue SE<br>Kentwood, MI 49512 |
| Nucor Rebar Fabrication Northeast f/k/a Nucor Harris Rebar Northeast LLC | 1915 Rexford Road<br>Charlotte, NC 28211 |
| Bristol Steel Inc. | 7819 State Route 5 & 20<br>Bloomfield, NY 14669 |
| Eaton Corporation | 1000 Eaton Blvd Cleveland, OH, 44122-6058 United States |