**Exhibit 2**

**Form 401 - Response to Question 11**

**Corporate Ownership Statement**

Madlyn Gleich Primoff, Esq.
madlyn.primoff@freshfields.com
Alexander Adams Rich, Esq.
alexander.rich@freshfields.com
Sarah R. Margolis, Esq.
Sarah.margolis@freshfields.com
**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone:    (212) 277-4000
Facsimile:    (212) 277-4001

*Attorneys for William E. Aziz*
*In His Capacity as Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Li-Cycle Holdings Corp., | Case No. 25-[_____] |
| Debtor in Foreign Proceedings. | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**RULE 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AND RULE 1007-3 OF THE LOCAL BANKRUPCY RULES**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the U.S. Bankruptcy Court for the Southern District of New York, William E. Aziz, in his capacity as the foreign representative (the "Foreign Representative") of Li-Cycle Holdings Corp. (the "Chapter 15 Debtor") respectfully represents as follows:

- To the best of the Foreign Representative's knowledge, information and belief, no entities directly or indirectly own 10% or more of a class of the Chapter 15 Debtor's equity interests.

- To the best of the Foreign Representative's knowledge, information and belief, Li-Cycle Holdings Corp. directly or indirectly holds 100% of the equity interests in the following entities:

    o Li-Cycle Europe AG, which is located at Neuhofstrasse 8, 6340 Baar, Switzerland;

    o Li-Cycle Norway AS, which is located at Tørfestveien 1, 1599 Moss, Norway;

    o Li-Cycle United Kingdom Ltd., which is located at 1 Bartholomew Lane, London, UK EC2N 2AX;

    o Li-Cycle Germany GmbH, which is located at Lange Göhren 4, 39171 Sülzetal, OT Osterweddingen, Germany;

    o Li-Cycle France SARL, which is located at 168 rue Pierre Jacquart, 62440 Harnes, France;

    o Li-Cycle Hungary Kft, which is located at Suite 2, 3rd floor, 13 Klauzal Street, H-1072 Budapest, Hungary;

    o Li-Cycle APAC Pte. Ltd., which is located at 77 Robinson Road, #13-00, Robinson 77, Singapore 068896;

    o Li-Cycle Japan GK, which is located at Yamauchi Building 3F, 3-24-8 Nishi Shimbashi, Minato-ku, Tokyo, Japan;

    o Li-Cycle Korea Co., Ltd., which is located at 9F,109 Teheran-ro, Gangnam-gu, Seoul, Republic of Korea;

    o Li-Cycle Americas Corp., which is located at 66 Wellington Street West, Suite 5300, Toronto, ON M5K 1E6, Canada;

    o Li-Cycle Corp., which is located at 66 Wellington Street West, Suite 5300, Toronto, ON M5K 1E6, Canada;

    o Li-Cycle U.S. Inc., which is located at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, USA;

    o Li-Cycle Inc., which is located at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, USA; and

    o Li-Cycle North America Hub, Inc., which is located at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, USA.

Dated: May 14, 2025

Respectfully Submitted,

_____
William E. Aziz
Foreign Representative
of Li-Cycle Holdings Corp.