Madlyn Gleich Primoff, Esq.
Henry V. Hutton, Esq.
Alexander Adams Rich, Esq.
Sarah R. Margolis, Esq.
**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone:    (212) 277-4000
Facsimile:    (212) 277-4001
Email:    madlyn.primoff@freshfields.com
    henry.hutten@freshfields.com
    alexander.rich@freshfields.com
    sarah.margolis@freshfields.com

*Attorneys for William E. Aziz*
*In His Capacity as Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| LI-CYCLE HOLDINGS CORP., *et al.*, | Case No. 25-10991 (PB) |
| Debtors in Foreign Proceedings. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**VIA ZOOM ON AUGUST 4, 2025 AT 4:00 P.M. (EST)**

**This proceeding will be held via Zoom. Please refer to the guidelines and procedures established by Judge Bentley (https://www.nysb.uscourts.gov/content/judge-philip-bentley) and the Court's website (https://www.nysb.uscourts.gov/zoom-video-hearing-guide) for information on the method of allowed participation (video or audio), Judge Bentley's expectations of remote participants and the advance registration requirements.**

**I.    MATTER GOING FORWARD**

1. Notice of Presentment of Verified Petition of Global HQ and Canada SpokeCo for Recognition of Foreign Main Proceedings Under 11 U.S.C. §§ 1515 and 1517 and for Related Relief Pursuant to 11 U.S.C §§ 105(a), 1507(a), 1520 and 1521 [Dkt. No.70; filed June 17, 2025].

    A. <u>Objection / Response Deadline</u>: July 7, 2025 at 10 a.m. (EST).

    B. <u>Objections / Responses Received</u>: None.

    C. <u>Related Documents</u>: None.

    D. <u>Status</u>: This matter is going forward.

2. Motion for Entry of an Order (I) Recognizing and Giving Effect to the Canadian Court's Approval and Vesting Order, (II) Approving the Sale of the U.S. Transferred Equity Interests and the Purchased Assets Free and Clear of all Liens, Claims and Encumbrances, (III) Approving Dismissal Procedures for Chapter 15 Debtor Li-Cycle Inc., (IV) Recognizing and Giving Effect to the Canadian Court's Priority Claims and Cure Amounts Procedure Order and (V) Granting Related Relief [Dkt. No. 75; filed June 23, 2025].

    A. <u>Objection / Response Deadline</u>: July 8, 2025 at 5:00 p.m. (EST).

    B. <u>Objections / Responses Received</u>:

    i. Response/Limited Objection to Debtor's Motion for an Order (I) Recognizing and Giving Effect to the Canadian Court's Approval and Vesting Order, (II) Approving the Sale of the U.S. Transferred Equity Interests and the Purchased Assets Free and Clear of all Liens, Claims and Encumbrances, (III) Approving Dismissal Procedures for Chapter 15 Debtor Li-Cycle Inc., (IV) Recognizing and Giving Effect to the Canadian Court's Priority Claims and Cure Amounts Procedure Order and (V) Granting Related Relief [Dkt. No. 85; filed July 7, 2025] (the "<u>Fabricated Steel Limited Objection</u>");

    ii. Response/Limited Objection from Red-Rochester, LLC [Dkt. No. 86; filed July 8, 2025] (the "<u>Red-Rochester Limited Objection</u>"); and

    iii. Informal responses received from Hanna Steel Corporation and Hatch Associates Consultants, Inc.

    C. <u>Related Documents</u>:

    i. Notice of Hearing [Dkt. No. 76; filed June 23, 2025];

2

   ii. Notice of Adjournment [Dkt. No. 87; filed July 10, 2025];

   iii. Notice of Successful Bidder [Dkt. No. 94; July 14, 2025];

   iv. Notice of (I) July 21 Aziz Affidavit and (II) Revised Proposed Approval and Vesting Order Filed in Canadian Proceedings [Dkt. No. 103; July 25, 2025];

   v. Notice of Adjournment of Hearing on AVO Recognition Motion [Dkt. No. 104; July 26, 2025];

   vi. Notice of Supplemental Affidavit (Including Revised Amendment No. 3 to Stalking Horse Agreement) Filed in Canadian Proceedings [Dkt. No. 105; July 30, 2025]; and

   vii. Notice of Entry of Canadian Court's Approval and Vesting Order [Dkt. No. 107; August 1, 2025].

D. Status: This matter is going forward. The Foreign Representative incorporated comments to the form of proposed order, filed contemporaneously herewith, to resolve the Red-Rochester Limited Objection and the Fabricated Steel Limited Objection, as well as the informal responses of Hanna Steel Corporation and Hatch Associates Consultants, Inc.

Dated: August 4, 2025
New York, New York

By: /s/ *Madlyn Gleich Primoff*
Madlyn Gleich Primoff, Esq.
Henry V. Hutten, Esq.
Alexander Adams Rich, Esq.
Sarah R. Margolis, Esq.
**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 277-4000
Facsimile:    (212) 277-4001
E-mail:        madlyn.primoff@freshfields.com
                 henry.hutten@freshfields.com
                 alexander.rich@freshfields.com
                 sarah.margolis@freshfields.com

*Attorneys for William E. Aziz
in His Capacity as Foreign Representative*